**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Janis Shumway, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 20 C 50468 |
| v. | ) | |
| | ) | Magistrate Judge Margaret J. Schneider |
| Nijanam, LLC, d/b/a Quality Inn, | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

    The Plaintiff previously obtained an entry of default [17]. Before the Court is the Plaintiff's motion for a default judgment [18]. The motion was served on the Defendant on 06/07/2021 by first-class and certified mail [20]. The motion seeks judgment in the amount of $3,652.50 for attorneys' fees, $400.00 in filing fees, $650.00 in expert fees, and $125 in process server fees, for a total judgment of $4,827.50. The motion includes affidavits and curriculum vitae of Plaintiff's counsel in support of their attorneys' fees, Plaintiff's bill of costs and litigation expenses, and court filings from cases around the country as supporting documentation of Plaintiff's fees and costs. Accordingly, it is this Court's Report and Recommendation that the district court grant the Plaintiff's motion for a default judgment [18] and enter judgment in the amount of $4,827.50 in favor of the Plaintiff. Any objection is due by 07/13/21. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

Date: 06/28/2021

                                                Margaret J. Schneider
                                                United States Magistrate Judge