## IN THE UNITED STATES DISTRICT COURT
### FOR THE
### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

Janice Shumway,

Plaintiff(s),

v.

Nijanam, LLC,

Defendant(s).

Case No.  20 C 50468
Judge  Philip G. Reinhard

## ORDER

On 6/28/2021, Magistrate Judge Schneider entered a report and recommendation [22] that plaintiff's motion for default judgment [18] be granted and that a judgment in the total amount of $4,827.50 be entered in favor of plaintiff and against defendant consisting of $3,652.50 for attorneys' fees, $400.00 in filing fees, $650.00 in expert fees, and $125 in process server fees.  No objection was filed to this report and recommendation.  The court has reviewed the record and accepts the report and recommendation.  Plaintiff's motion for default judgment [18] is granted.  A money judgment is entered in the amount of $4,827.50 in favor of plaintiff and against defendant for fees and costs as set out above.  If plaintiff still seeks injunctive relief as pled in the complaint, she shall file a proposed judgment as to such injunctive relief, the terms of which comply with Fed. R. Civ. P. 65(d)(1), contact this court's courtroom deputy within 14 days to schedule a telephonic hearing and serve the proposed judgment, along with a motion seeking entry of the proposed judgment, and notice of the telephonic hearing on defendant.

Date:  8/3/2021

_Philip G. Reinhard_

Philip G. Reinhard
United States District Judge